General, *Robert J. McOsker,* City Solicitor, *Vincent J. Piccirilli,* Asst. City Solicitor, for defendants-appellants.

APPEALS NOS. 280, 281, 282, 283. JOSEPH FRANCIS *v.* ATLANTIC TERMINALS, INC., JOSEPH FRANCIS *v.* WEYERHAUESER COMPANY, PLYWOOD MART, INC. *v.* WEYERHAUESER COMPANY, PLYWOOD MART, INC. *v.* ATLANTIC TERMINALS, INC. Reargument denied. *Aram A. Arabian, Robert C. Hogan,* for plaintiffs. *Joseph V. Cavanagh,* for defendants.


September 27, 1968.

M. P. No. 237. WILLIAM A. BURKE *v.* HAROLD V. LANGLOIS. Reargument denied. Motion for admission to bail denied. *William A. Burke,* pro se, petitioner. *Herbert F. DeSimone,* Attorney General, *Luc R. LaBrosse,* Special Asst. Attorney General, for respondent.

M. P. No. 382. SYLVESTER MCKNIGHT *v.* WALTER W. SIWICKI, *Administrator* of Probation Department. Petition for writ of habeas corpus, with other pleadings and papers filed in connection therewith, transferred to Superior Court with direction to forthwith proceed with an evidentiary hearing on the question of whether or not a writ of habeas corpus should issue as prayed in said petition. *John P. Toscano, Jr.,* Asst. Public Defender, for petitioner. *Herbert F. DeSimone,* Attorney General, *Luc R. LaBrosse,* Special Asst. Attorney General, for respondent.

M. P. No. 511. EDWARD WHITE *v.* TENTH DISTRICT COURT. Certiorari granted. *Samuel A. Olevson,* for petitioner. *Levy, Goodman, Semonoff & Gorin, Jeremiah J. Gorin,* for Arnold W. Schutter.

M. P. No. 536. JOSEPH C. EVANS, JR. *v.* HAROLD V. LANGLOIS. Treating petitioner's request as a petition for a writ of habeas corpus, the petition is remanded to the Superior Court with direction that said Court forthwith proceed with an evidentiary hearing on the question of whether or not a writ of habeas cor-